**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-2490**

———————

DORIS MERCER; STEPHEN MERCER,

     Plaintiffs – Appellants,

  v.

AMERICAN AIRLINES, INC.,

     Defendant – Appellee,

  and

AMR CORPORATION; ALLIANZ INSURANCE COMPANY,

     Defendants.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:14-cv-00140-BO)

———————

Submitted: March 29, 2016      Decided: March 31, 2016

———————

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Doris Mercer, Stephen Mercer, Appellants Pro Se. John Mitchell Armbruster, SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Doris and Stephen Mercer appeal the district court's order granting American Airlines' motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, while we grant the Mercers' motion for leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Mercer v. Am. Airlines, Inc., No. 5:14-cv-00140-BO (E.D.N.C. Oct. 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3